

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2019

No. 04-19-00849-CV

**WEBB COUNTY, TEXAS**,
Appellant

V.

Ricardo "Rick" Manuel **ROMO**
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVI001385D4
Honorable Joel B. Johnson, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to file its brief is granted. We order the appellant's brief due January 20, 2020.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court